IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATE CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:11-CV-00397-TCB-RGV |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, and ) | |
| GMAC MORTGAGE, LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendants file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1.

1. The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

> Plaintiff Kate Crouch.
>
> Defendant GMAC Mortgage, LLC: GMAC Mortgage, LLC is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally"). Ally is not publicly held. No publicly held corporation owns more than 10% of the common stock of Ally.

Defendant Federal National Mortgage Association is a federally chartered corporation.

2. The undersigned counsel further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known at this time.

3. The undersigned counsel further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff: David C. Ates.

For Defendants: A. William Loeffler and Kelly L. Atkinson

This 10th day of February, 2011.

/s/ A. William Loeffler
A. William Loeffler
Georgia Bar No. 755699
bill.loeffler@troutmansanders.com
Teah N. Glenn
Georgia Bar No. 430412
teah.glenn@troutmansanders.com

Troutman Sanders LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
(404) 885-3000
(404) 885-3900 (fax)

Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the within and foregoing using the Court's ECF system, which will effect service on counsel for Plaintiff:

> David C. Ates, Esq.
> David Ates, P.C.
> 6400 Powers Ferry Rd., Suite 112
> Atlanta, Georgia 30339

This 10th day of February, 2011.

> /s/ A. William Loeffler
> A. William Loeffler