IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATE CROUCH | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO.: 11-cv-00397 |
| FEDERAL NATIONAL | : | |
| MORTGAGE ASSOCIATION and | : | |
| GMAC MORTGAGE, LLC. | : | |
| | : | |
| Defendants | : | (JURY TRIAL DEMANDED) |
| | : | |

**NOTICE OF CHANGE OF ADDRESS
FOR DAVID ATES, P.C.**

COMES NOW, counsel for Plaintiff and hereby gives notice of his firm's

change of address, telephone and facsimile number effective immediately:

> David C. Ates
> DAVID ATES, P.C.
> 6400 Powers Ferry Road
> **Suite 285**
> Atlanta, Georgia 30339
> **Telephone: (404)383-5324**
> **Facsimile:   (404) 393-5082**
> Email:   ates_david@live.com

Respectfully submitted this 23rd day of June, 2011.

$$\underline{\textit{/s/ David C. Ates}}$$
David C. Ates
State Bar No. 026281

DAVID ATES, P.C.
6400 Powers Ferry Road, Suite 285
Atlanta, Georgia 30339

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATE CROUCH                          :
                                     :
     Plaintiff                       :
                                     :
v.                                   :     CIVIL ACTION FILE
                                     :     NO.: 11-cv-00397
FEDERAL NATIONAL                     :
MORTGAGE ASSOCIATION and             :
GMAC MORTGAGE, LLC.                  :
                                     :
     Defendants                      :     (JURY TRIAL DEMANDED)

## CERTIFICATE OF SERVICE

This is to certify that I have this 23rd day of June, 2011, served a copy of the foregoing Notice of Change of Address for David Ates, P.C. with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Teah N. Glenn
A. William Loeffler
Troutman Sanders LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA   30308-2216

                                    /s/ David C. Ates
                                    David C. Ates
                                    State Bar No. 026281

DAVID ATES, P.C.
6400 Powers Ferry Road, Suite 285
Atlanta, Georgia 30339